RUTAN & TUCKER, LLP
Michael Adams (State Bar No. 185835)
madams@rutan.com
Seth M. Jessee (State Bar No. 310983)
sjessee@rutan.com
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiff
NICOLE ANDREWS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ANDREWS, individually and derivatively on behalf of FASTAPP INC.,<br><br>Plaintiff,<br><br>vs.<br><br>NAFTALI HOROWITZ, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants,<br><br>FASTAPP INC., a New York corporation, as nominal defendant only,<br><br>Nominal Defendant. | Case No. 8:22-cv-00173-KES<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

**TO THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nicole Andrews, hereby dismisses this action without prejudice.

Dated: February 4, 2022

RUTAN & TUCKER, LLP
MICHAEL ADAMS
SETH M. JESSEE


By: /s/ *Seth M. Jessee*
Seth M. Jessee
Attorney for Plaintiff
NICOLE ANDREWS